IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DALE STEVEN BOWERS, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK BOWERS, et al., <br><br> Defendants. | CIVIL ACTION NO.: 4:25-cv-52 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 5, 2025, Report and Recommendation, (doc. 5), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 5.) Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 25th day of July, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA